# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXIS RAESHAUN BELL, | ) | NO. CV 10-9769-SJO(E) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| | ) | |
| AREF FAKHOURY, Warden, | ) | CONCLUSIONS AND RECOMMENDATIONS OF |
| | ) | |
| Respondent. | ) | UNITED STATES MAGISTRATE JUDGE |
| | ) | |
| _____ | ) | |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that: (1) Petitioner's motion for a stay and Amended Motion are denied; and (2) that Judgment be entered denying and dismissing the Petition with prejudice.

///

///

///


    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

    DATED: August 24, 2011.

_____
          S. JAMES OTERO
   UNITED STATES DISTRICT JUDGE