FILED
CLERK, U.S. DISTRICT COURT
AUG 24 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS RAESHAUN BELL,<br><br>        Petitioner,<br><br>   v.<br><br>AREF FAKHOURY, Warden,<br><br>        Respondent. | NO. CV 10-9769-SJO(E)<br><br><br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _____8/24_____, 2011.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE